IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AUDRIC SIMMONS                                                                                    PLAINTIFF

v.                              Civil Action No.:  2:09CV002-DAS

ASSOCIATED WHOLESALE GROCERS, INC.                                          DEFENDANT

ORDER

Upon joint motion of the parties and for good cause shown, the court will change the place of the non-jury trial in this action from Greenville, Mississippi, to Oxford, Mississippi.  A separate notice of trial setting will issue.

SO ORDERED, this 15th day of February, 2010.

                           /s/David A. Sanders_____

                           United States Magistrate Judge