IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AUDRIC SIMMONS                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO. 2:09CV2-DAS

ASSOCIATED WHOLESALE GROCERS, INC.                                DEFENDANT

JUDGMENT DISMISSING ACTION
BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

The attorneys are directed to submit to the Court a proposed agreed order of dismissal with prejudice, if appropriate.

This the 20th day of April 2010.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE